December 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SUE KAPETANAKIS, Appellant

NO. 14-14-00558-CV                    V.

JOHN H. WALKER, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 12, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sue Kapetanakis.

We further order this decision certified below for observance.